## Forbes *v.* Keesey, Appellant.

Argued Dec. 17, 1909. Appeal, No. 258, Oct. T., 1909, by defendants, from order of C. P. No. 1, Phila. Co., Dec. T., 1907, No. 5,235, making absolute rule for judgment against garnishees in case of Andrew Forbes, trading as Andrew Forbes & Company, v. Joseph W. Keesey, defendant, and Schalcher & Company, garnishees. Before RICE, P. J., HENDERSON, MORRISON, ORLADY, HEAD, BEAVER and PORTER, JJ. Affirmed.

OPINION BY PORTER, J., March 3, 1910:

This appeal presents no question which has not been considered in the opinion this day filed in the case of Paul Jones & Co. against these same defendants, ante, p. 492, and it is unnecessary to supplement what we there said.

The judgment is affirmed.